**BRIAN P. FUNK**
Attorney at Law
964 Fifth Avenue, Suite 214
San Diego, California 92101
Telephone No. (619) 233-4076
Facsimile No. (619) 699-5961
State Bar No.: 110462

Attorney for Defendant,

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 97 CR 2520-2-LAB |
| Plaintiff, | MOTION FOR: ORDER TO SHORTEN TIME |
| vs. | |
| **EDUARDO ARELLANO-FELIX** | |
| Defendant. | |

COMES Now defendant, who moves this Court for an Order Shorting time to allow Motions [DOC 617] to be filed Per Local rule instead of 21 days per General Order and to Nuc Pro Tunc this order to allow the filing on 10/5/12

Dated: October 12, 2012          Respectfully submitted,


                                  /sa/ Brian P. Funk
                                  BRIAN P. FUNK
                                     Attorney for Defendant