**BRIAN P. FUNK**
Attorney at Law
964 Fifth Avenue, Suite 214
San Diego, California 92101
Telephone No. (619) 233-4076
Facsimile No. (619) 699-5961
State Bar No.: 110462

Attorney for Defendant,

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 97 CR 2520-2-LAB |
|---|---|---|
| Plaintiff, | ) | **DECLARATION IN SUPPORT OF LEAVE TO FILE 14 DAYS BEFORE HEARING PER LOCAL RULE RATHER THAN PER STANDING ORDER** |
| vs. | ) | |
| **EDUARDO ARELLANO-FELIX** | ) | |
| Defendant. | ) | |

I declare that this is the First time since the Court's General Order that I have filed motions in this Court. I was aware of but forgot about the 21 day rule as opposed to the 14 day rule pursuant to Local Rule 47.1. I will not let it happen again, and Government Counsel stated he had no opposition to the filing today. [10/05/12]

Dated: October 12, 2012          Respectfully submitted,


/sa/ Brian P. Funk