1

**BRIAN P. FUNK**
Attorney at Law

2   964 Fifth Avenue, Suite 214
San Diego, California 92101

3   Telephone No. (619) 233-4076
Facsimile No. (619) 699-5961

4   State Bar No.: 110462

5

Attorney for Defendant,

6

7

8

9              **UNITED STATES DISTRICT COURT**

10           **SOUTHERN DISTRICT OF CALIFORNIA**

11

12

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 97 CR 2520-2-LAB |
| ) | **PROOF OF SERVICE** |
| ) | **ORDER TO SHORTEN TIME TO O** |
| Plaintiff, ) | **FILE 14 DAYS BEFORE HEARING** |
| ) | **PER LOCAL      RULE RATHER** |
| ) | **THAN PER            STANDING** |
| vs. ) | **ORDER** |
| ) | |
| **EDUARDO ARELLANO-FELIX** ) | |
| ) | |
| Defendant. ) | |
| ) | |

20

21                              **DATE: 10/22/12**

22   I declare that I Served all persons on this case Electronically via CM-ECF.

23

24

25   Dated: October 12, 2012          Respectfully submitted,

26

27                              /sa/ Brian P. Funk

28