Brian P. Funk
CSB #110462
964 Fifth Avenue, Ste. 214
San Diego, CA 92101
Tel: (619) 233-4076
Email: bfunkesq@cs.com
Attorney for Defendant, Eduardo Arellano-Felix

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(The Honorable Larry Alan Burns)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>EDUARDO ARELLANO-FELIX (2),<br>    Defendant. | CASE NO. 3:97-cr-02520-LAB-2<br><br>**PROOF OF SERVICE**<br><br>DATE: 2/19/13 |

I, the undersigned, declare: That I am over eighteen years of age, a resident the County of San Diego, State of California, and I am not a party within action. That my business address is: 964 Fifth Avenue, Ste. 214, San Diego, CA 92101.

That I served the attached **AMENDED DECLARATION, TO CONTINUE MOTION / TRIAL SETTING HEARING** on all parties by electronically filing the document with the Clerk of the United States District Court for the Southern District of California, 880 Front Street, San Diego, California 92101, using its ECF System, which electronically notifies them. I certify that the foregoing is true and correct. Executed on January 31, 2013, at San Diego, California.

DATE: January 31, 2013              Signed: s/ *Brian P. Funk*
                                             Brian P. Funk
                                             Attorney for Eduardo Arellano-Felix
                                             bfunkesq@cs.com