Brian P. Funk
CSB #110462
964 Fifth Avenue, Ste. 214
San Diego, CA 92101
Tel: (619) 233-4076
Email: bfunklaw@cs.com
Attorney for Defendant, Eduardo Arellano-Felix

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(The Honorable Larry Alan Burns)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EDUARDO ARELLANO-FELIX (2),<br><br>    Defendant. | ) CASE NO.  3:97-cr-02520-LAB-2<br>)   **SUPPLEMENTAL**<br>) **DECLARATION OF COUNSEL IN**<br>) **SUPPORT OF MOTION BY  DEFENDANT,**<br>) **EDUARDO ARELLANO-FELIX, TO**<br>) **CONTINUE MOTION / TRIAL SETTING**<br>) **HEARING** |

I, Brian P. Funk, declare:

In Reverse Order, the following developments have occurred which support my Motion to Continue the Substantive Motions and Trial Setting Date:

1. Yesterday, On 2/18/13 [a legal holiday], I spent two hours with S/I Steve Stroup FBI in order to finish my Security Clearance.  He has no idea of how long it will take  but at least another 30 days before the Clearance is granted and I may receive the Classified discovery on this case.

   That is the discovery I demanded on October 5, 2012 [DOC # 617].   I will not receive that discovery until after the CIPA conference that the Government is moving for.

2. Last Friday, 2/15/13 The Government provided me with a 2nd Hard Drive that contains New discovery of 4009 LA wiretaps,

1

New discovery of Approx 6144 radio transmissions from Operation Listening Post. Additionally a folder labeled "recycled" that has 16 sub folders each that contain PDF files of thousands of pages. These may be duplicates of that which was prior provided.

3. Also on Friday 2/15/13 the Government put out new discovery which consists of

A: Approximately 5200 pages of line sheets from Listening Post ,

B: 125 pages of summary's

C:  950 pages of transcripts of call translations

D: PLEA AND COOPERATION AGREEMENTS as to 7 of the Governments witnesses

E: 2732 Pages of FBI reports

F: two pages of SSP information regarding telephones alleged used by Defendant

G: DEA reports from 19 different Domestic offices and 8 Foreign Offices[unknown # of pages]

H: 60 files of Non-Testifying witnesses [unknown # of pages] [if only 10 pages each =600pages][one is 1300 pages alone]

I: 5 files of Consensual Recordings from Government witnesses

 [**Estimated time to review this new discovery =60 days**]

4. The Government indicates that the Benefits granted to each of the testifying witnesses and/or their families will be put out in the next two weeks.

5. The so called "Text Message" between Defendant and witness "Raffa" is undergoing further review. It is alleged that Mexican Agents with the SFP were involved in the call and Counsel demanded a look at the phone, any phone records, or other memorialization of that call[s].  That discovery is still ongoing.

6. Counsel has ordered transcripts of the rule 11 and sentencing hearings of the Government's witnesses as well as for Benjamin Arellano-Felix. Those transcripts are expected not be produced for at least 30 days. They are necessary for the following proposed Motions:

A: Motion to Grant Immunity [except for perjury] to Material Witness

B: Motion for Recusal

C: Motion for Change of Venue

7. On 02/13/13   Counsel for the Defense and Government had a meet and confer meeting wherein the outstanding Discovery issues were discussed as well as the ability to contact and interview the Government's witnesses. Other than the Classified Materials, the Government indicated that the majority of its case is contained on the 800 plus pages and photos put out on 12/13/13 and the 4,000 pages put out on 11/19/12 and the Bill of Particulars on 11/30/12  **[note to Court it will take 83 hours to review this new material alone not including the 216,629pages provided prior. ]**

**8.** In light of the foregoing, I am respectfully requesting to continue the motion  / trial setting hearing **for 3 months.**

I declare under penalty of perjury that the foregoing is true and correct.

DATE: 2/18/13                                           Signed: /s/Brian P Funk
                                                        Brian P. Funk
                                                        Attorney for Eduardo Arellano-Felix
                                                        bfunklaw@cs.com