

FILED
MAY 24 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EDUARDO ARELLANO-FELIX,<br>aka El Doctor,<br>aka El Gualin,<br>aka El Profe,<br>aka 13,<br>Defendant. | Case No. 97CR2520-LAB<br>INFORMATION<br>(Superseding)<br>Title 18, United States Code, Section 371—Conspiracy to Launder Monetary Instruments; Title 21, United States Code, Sections 854(a) and 846—Conspiracy to Use and Invest Illicit Drug Profits; 18 U.S.C., Secs. 982(a)(1), (b)(1)—Criminal Forfeiture |

The United States Attorney charges:

Count 1

1. Beginning in or about 1986, and continuing up to and including November 26, 2002, within the Southern District of California and elsewhere, EDUARDO ARELLANO-FELIX, aka El Doctor, aka El Gualin, aka El Profe, aka El Abuelito, aka 13, did knowingly and intentionally conspire with others known and unknown to commit offenses against the United States, that is: to knowingly transport, transmit, and transfer monetary instruments and funds from a place in the United States to and through a place outside the United States with the intent to promote the carrying on of specified unlawful activity, to wit: conspiracy to import controlled substances, including cocaine and marijuana, and conspiracy to distribute controlled substances, including cocaine and marijuana, in violation of Title 18, United States Code, Section 371.

Overt Acts

2. Between approximately 1986 and November 26, 2002, Defendant directed members of the Arellano-Felix Organization ("AFO") to transfer an indeterminable amount of drug proceeds, but at least hundreds of millions of dollars, obtained in the United States, from the United States to Mexico, and elsewhere, for the purpose of promoting: conspiracy to import controlled substances, including cocaine and marijuana, and conspiracy to distribute controlled substances, including cocaine and marijuana.

Count 2

3. Beginning in or about the year 1986, and continuing up to and including November 26, 2002, within the Southern District of California and elsewhere, EDUARDO ARELLANO-FELIX, aka El Doctor, aka El Gualin, aka El Profe, aka El Abuelito, aka 13, did knowingly and intentionally conspire with others known and unknown to receive income derived directly and indirectly from violations of Title 21, United States Code, Sections 841(a)(1), 846, 952(a), 960, and 963 in which the defendant participated as a principal, and to use and invest, directly and indirectly, such income and the proceeds of such income in the establishment and operation of an Enterprise engaged in, and the activities of which affected interstate and foreign commerce, that is, the AFO, in violation of Title 21, United States Code Section 854(a) and 846.

FORFEITURE ALLEGATIONS

4. The allegations contained in Counts 1 and 2 are realleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

5. As a result of the commission of the felony offenses alleged in Counts 1 and 2, said violations being punishable by imprisonment for more than one year, and pursuant to Title 21, United States Code, Section 853(a)(1), defendant shall, upon conviction forfeit to the United States, all rights, title, and interest in any and all property obtained directly or indirectly as a result of said violations. This property includes, but not limited to: $50,000,000 in U.S. currency.

6. If any of the above-described forfeitable property, as a result of any act or omission of the defendant -

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of the defendants up to the value of said property listed above as being subject to forfeiture.

Pursuant to Title 21, United States Code, Section 853.

DATED: 5-24-2013

LAURA E. DUFFY
United States Attorney

JOSEPH S. GREEN
Assistant U.S. Attorney