LAURA E. DUFFY
United States Attorney
CYNTHIA LYNNE MILLSAPS
Assistant United States Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7940
Email: cynthia.millsaps@usdoj.gov
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 97CR2520JM |
|---|---|---|
| Plaintiff, | ) | |
| V | ) | NOTICE OF WITHDRAWAL OF COUNSEL OF RECORD |
| BENJAMIN ARELLANO-FELIX, ET AL, | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Assistant United States Attorneys Cynthia Lynne Millsaps and Michael E. Lasater hereby withdraw as two of the counsels of record for Plaintiff in the above-captioned case and respectfully request that service and all electronic filing notices be terminated as to them. No other counsel of record is affected by this notice.

DATED: October 20, 2016.

LAURA E. DUFFY
United States Attorney

s/ *Cynthia L. Millsaps*
CYNTHIA L. MILLSAPS
Assistant U.S. Attorney

s/ *Michael E. Lasater*
MICHAEL E. LASATER

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BENJAMIN ARELLANO-FELIX, ET AL., <br><br> Defendant. | Case No. 97CR2520JM <br><br> CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Cynthia Lynne Millsaps, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I have caused service of the **Notice of Withdrawal of Counsel of Record** on all parties by electronically filing the foregoing with the Clerk of the U.S. District Court using its ECF System, which electronically notifies them.

following are those who are currently on the list to receive e-mail notices for this case.

following are those who are currently on the list to receive e-mail notices for this case.

- **Mark F. Adams**
  markadamsesq@gmail.com
- **Michelle Anderson Barth**
  attorneyanderson@yahoo.com
- **David H. Bartick**
  db@barticklaw.com
- **Julie A Blair**
  julieannblair@hotmail.com
- **Todd W. Burns**
  todd@burnsandcohan.com
- **Marc Xavier Carlos**
  mxlos@aol.com,MRomero.BC@gmail.com
- **Nicholas DePento**
  depentolaw@sbcglobal.net,maryhg81@hotmail.com
- **Grant L. Eddy**
  grantleddy@yahoo.com,russward113@yahoo.com
- **Federal Defenders**
  cassd_ecf@fd.org

- **Brian P Funk**
  bfunkesq@cs.com,bfunkesq@sbcglobal.net
- **Joseph S Green**
  Joseph.Green@usdoj.gov,efile.dkt.nes@usdoj.gov,emily.wick@usdoj.gov
- **Eugene G Iredale**
  egiredale@yahoo.com,gjun@iredalelaw.com,danielle.iredale@gmail.com,abevan@iredalelaw.com,jyoo@iredalelaw.com
- **Michael E Lasater**
  Michael.Lasater@usdoj.gov,usacas.sentencing@usdoj.gov,efile.dkt.gc1@usdoj.gov,alyssa.galvan@usdoj.gov,CaseView.ECF@usdoj.gov
- **Joseph Mark McMullen**
  joe@jmm-legal.com
- **James P Melendres**
  James.Melendres@usdoj.gov,efile.dkt.mf@usdoj.gov,monica.zamora@usdoj.gov
- **Cynthia Lynne Millsaps**
  Cynthia.Millsaps@usdoj.gov,james.dunnell@usdoj.gov,efile.dkt.nes@usdoj.gov,dawn.keenan@usdoj.gov,joan.walker@usdoj.gov
- **Carolyn L Oliver**
  coliver1@san.rr.com
- **Guadalupe Valencia**
  gvalencialaw@yahoo.com,sandra@cobiancontact.com
- **Stephen Patrick White**
  swhite@1950.sdcoxmail.com,offices1950@gmail.com,Cv621@att.net
- **Daniel E. Zipp**
  daniel.zipp@usdoj.gov,joseph.lohr@usdoj.gov,Efile.dkt.nes@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on October 20, 2016.

s/ *Cynthia L. Millsaps*
CYNTHIA L. MILLSAPS
Assistant U.S. Attorney